THOMAS J. MILETIC, ESQ. SBN 273332
legal@greensoltech.com
GREEN SOLAR TECHNOLOGIES, INC.
6400 Laurel Canyon Boulevard, Suite 400
North Hollywood, CA 91606
Telephone: (310) 448-2218
Fax: (818) 302-2800

Attorney for Defendants GREEN SOLAR TECHNOLOGIES, INC. *fka* AMERICAN SOLAR SOLUTION, INC.; ABC MARKETING & SUPPLY, INC.; NICKI ZVIK; and SHAY YAVOR

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DALYA RILEY, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>SUN SYSTEMS CORP, A BUSINESS ENTITY, FORM UNKNOWN; AMERICAN SOLAR SOLUTION, INC., A CALIFORNIA CORPORATION; ABC MARKETING & SUPPLY, INC., A CALIFORNIA CORPORATION; NIK ZWIK, AN INDIVIDUAL; SHAY YAVOR, AN INDIVIDUAL; AND DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. CV 14-04001-CBM (PJWx)**<br><br>[~~PROPOSED~~] JUDGMENT<br><br>JS-6 |

This action came on regularly for trial on May 31, 2016, in Courtroom 2 of the United States District Court, Central District of California, the Honorable Consuelo B. Marshall, Judge presiding. Plaintiff was represented by Michael L. Tracy. Defendants were represented by Thomas J. Miletic.

/ / /

/ / /

---
1
[~~PROPOSED~~] JUDGMENT

A jury of 9 persons was impaneled and sworn. After hearing the evidence and arguments of counsel on Plaintiff's four (4) claims, and after the jury was instructed by the Court, the claims were submitted to the jury with instructions to return a special verdict. The jury deliberated and thereafter returned into Court with a unanimous defense verdict and with its special verdict consisting of questions submitted to the jury and the answers given thereto by the jury, which said verdict was as follows:

"We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us as follows:

### CLAIM NO. 1

(Please refer to Jury Instruction Nos. 9 and 10)

**Question No. 1.** Did Dalya Riley perform overtime work for Defendant Green Solar Technologies, Inc. and Defendant ABC Marketing & Supply Inc. under California law (over 8 hours in a day or 40 hours in a week)?

   Yes _____     No \_\_\_X\_\_\_

*If your answer to Question No. 1 is YES, then answer Question No. 2.*

*If you answered NO, proceed to Question No. 4.*

\* \* \*

## CLAIM NO. 4

(Please refer to Jury Instruction No. 13)

**Question No. 4.** Did Dalya Riley perform overtime work for Defendants under federal law (over 40 hours in a week)?

Yes _____     No ___X___

*If your answer to Question No. 4 is YES, then answer Question No. 5.*

*If your answer to Question No. 4 is NO, proceed to Question No. 8.*

\* \* \*

**Question No. 8.** For the amount of overtime due Plaintiff, enter the greater of the amounts you answered for Question No. 3 and Question No. 7. If the amounts for Questions Nos. 3 and 7 are identical, enter only one of the amounts, do not add the answers from Question Nos. 3 and 7. If you did not answer Question No. 7, simply enter the amount from Question No. 3.

$___0_____ Overtime due.

## CLAIM NO. 3

(Please refer to Jury Instruction No. 11)

**Question No. 9.** Did Green Solar Technologies, Inc. and ABC Marketing & Supply Inc. willfully fail to pay Dalya Riley overtime wages owed to her at the end of her employment under California law?

Yes _____     No ___X___

*If your answer to Question No. 9 is YES, proceed to Question No. 10.*

*If your answer to Question No. 9 is NO, then proceed to Question No. 12.*

\* \* \*

## CLAIM NO. 2

(Please refer to Jury Instruction No. 12)

**Question No. 12.** Was Dalya Riley provided wage statements with all the information required by California law?

Yes ___X___     No _____

*If your answer to Question No. 12 is NO, then proceed to Question No. 13.  If you answered YES, stop here, and answer no further questions.*

\* \* \*

*After you have finished answering these questions, the presiding juror will sign and date this form.*

Signed: _____/s/_____ [redacted as to foreperson signature]
         Presiding Juror

Dated:  __June 1, 2016__

After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom."

As a result of the findings above, the jury did not answer Question Nos. 2, 3, 5, 6, 7, 10, 11, 13, and 14.

WHEREFORE, and by virtue of the law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff DALYA RILEY shall take nothing against Defendants GREEN SOLAR TECHNOLOGIES, INC. *fka* AMERICAN SOLAR SOLUTION, INC.; ABC MARKETING & SUPPLY, INC.; NICKI ZVIK; and SHAY YAVOR ("Defendants") by way of her complaint in this action, and that judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED: JUNE 30, 2016

_____
Hon. Consuelo B. Marshall
United States District Court Judge

PREPARED BY:

/s/ Thomas J. Miletic
_____
Attorney for Defendants,
Green Solar Technologies, Inc. *fka*
American Solar Solution, Inc.;
ABC Marketing & Supply, Inc.;
Nicki Zvik; and Shay Yavor

APPROVED AS TO FORM AND CONTENT BY:


_____
Michael L. Tracy
Attorney for Plaintiff,
Dalya Riley